Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*   11th Circuit Docket Number: 25-12041-E

| Caption: | |
|---|---|
| Gregory Andrew Light, | District and Division: Southern District of Florida |
| | Name of Judge: Hon. Raag Singhal |
| | Nature of Suit: 480 Consumer Credit |
| v. | Date Complaint Filed: 9/6/2024 |
| | District Court Docket Number: 0:24-cv-61655-AHS |
| LVNV Funding, LLC and Andreu Palma Lavin & Solis, PLLC. | Date Notice of Appeal Filed: 6/11/2025 |
| | ☐ Cross Appeal  ☐ Class Action |
| | Has this matter previously been before this court? |
| | ☐ Yes  ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Gregory Light, Esq. | Light & Gonzalez, PLLC<br>8751 W. Broward Blvd. #206,<br>Plantation, FL 33324 | T: 754-900-6545<br>F: 754-203-2700<br>E: greg@lightgonzalezlaw.com |
| For Appellee:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Lauren M. Burnette, Esq. | MESSER STRICKLER BURNETTE, LTD.<br>1200 Riverplace Blvd., Suite 105 #1558<br>Jacksonville, FL 32207 | T: (904) 892-6936<br>F: 904-298-8350<br>E: lburnette@messerstrickler.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded: $_____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions: |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ TRO |
| | | ☐ Injunction | ☐ Preliminary  ☐ Granted |
| | | ☐ Other _____ | ☐ Permanent  ☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☐ Yes  ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes  ☐ No

   If Yes, provide
   (a) Case Name/Statute  Article III, of the U.S. Constitution; TransUnion LLC v. Ramirez; Fair Debt Collection Practices Act; Miljkovic v. Shafritz & Dinkin, P.A.
   (b) Citation  U.S. Const. art. III; 594 U.S. 413 (2021) ; 15 U.S.C. 1692 et seq.; 791 F.3d 1291 (11th Cir. 2015)
   (c) Docket Number if unreported  N/A

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
   (a) Arises from substantially the same case or controversy as this appeal?  ☐ Yes  ☑ No
   (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☐ Yes  ☑ No

   If Yes, provide
   (a) Case Name _____
   (b) Citation _____
   (c) Docket Number if unreported _____
   (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
   (a) Within the Eleventh Circuit?  ☐ Yes  ☑ No
   (b) Among circuits?  ☐ Yes  ☑ No

   If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

   **Whether Mr. Light, a debtor's attorney, has statutory standing to bring a claim for a debt collector's violations of the Fair Debt Collection Practices Act that occurred within the scope of litigation.**

   **Whether Mr. Light's Amended Complaint alleges injuries sufficient to support his standing to sue in federal court under Article III.**

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __18th__ DAY OF __June__, __2025__.

Gregory A. Light                                                                /s/ Gregory Light
NAME OF COUNSEL (Print)                                           SIGNATURE OF COUNSEL