## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

GREGORY LIGHT,                     Appellant Case No.: 25-12041-EE

*Appellant*,                         LT Case No.: 0:24-cv-61655-AHS

v.


LVNV FUNDING, LLC and ANDREU
PALMA LAVIN & SOLIS, PLLC

*Appellees.*

_____/

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF

COMES NOW Appellant GREGORY ANDREW LIGHT, pursuant to FRAP 26(b) and 11th Cir. R. 31-2(a), who hereby respectfully requests an extension of time to file and serve Appellant's Initial Brief and Appellant's Appendix, and support thereof states as follows:

1.      On June 11, 2025, Appellant GREGORY ANDREW LIGHT ("Mr. Light") filed his Notice of Appeal.

2.      On June 20, 2025, the Court issued it Brief Notice [DE 8] which notified the parties that pursuant to 11th Cir. R. 31-1(a), Appellant's Brief is due July 22, 2025.

3.      Mr. Light, who was only recently admitted to practice before this Court, has been working diligently to prepare the Appellant's Initial Brief and Appendix to meet this deadline.

1

4.     Unfortunately, on June 30, 2025, a close loved-one and grandmother to Mr. Light, unexpectedly passed away in Burlington, North Carolina at the age of ninety-seven.

5.     Consequently, on July 8, 2025 Mr. Light went on bereavement leave to attend his grandmother's burial and funeral services.

6.     Mr. Light's bereavement leave took away time that Mr. Light had set aside for the preparation of the Initial Brief, but upon his return to work on July 14, 2025 he continued his preparations in hopes of meeting the July 22, 2025 deadline.

7.     Unfortunately, the combination of the unexpected time away and Mr. Light's continuing acclimation to practicing before this Court has prevented him from meeting the current deadline to file the Initial Brief.

8.     FRAP 26(b) and 11th Cir. R. 31-2(a) allow for an extension of time to file a brief or appendix upon good cause shown.

9.     11th Cir. R. 31-2(a) provides that if the first requested extension is for 30 days or less, the motion is not subject to 11th Cir. R. 26-1 and may be granted by the clerk.

10.     Under the circumstances, Mr. Light believes that a brief, fourteen (14) day extension of time to file and serve his Initial Brief will be sufficient for him to prepare both the Appellant's Initial Brief and Appendix and that he has shown good cause for this brief extension of time.

**WHEREFORE** Appellant, GREGORY ANDREW LIGHT, respectfully

requests that the clerk or this Court grant this motion and extend the time for filing Appellant's Initial Brief and Appendix to August 5, 2025 or for any such further relief as this Court deems just and proper.

Dated: July 22, 2025 Respectfully Submitted,

 /s/  *Gregory Light*
**GREGORY LIGHT, ESQ.**
Florida Bar No.: 120907
LIGHT & GONZALEZ, PLLC
8751 W. Broward Blvd., #206
Plantation, FL 33324
Telephone:  754-900-6545
Email: greg@lightgonzalezlaw.com;
service@lightgonzalezlaw.com
*Appellant and Counsel for Appellant*

## DECLARATION OF GREGORY LIGHT

I declare under penalty of perjury that the facts contained herein are true and correct to the best of my knowledge and belief.

By: /s/ *Gregory Light.*
**Gregory Light, Esq.**
Florida Bar. No.: 120907

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I, Gregory Light, certify the following: This motion complies with the type-volume limitations, typeface and formatting requirements of Fed. R. App. P. 27(d) and has been written in a 14-point proportionally spaced font set in plain, roman style.

## CERTIFICATE OF SERVICE

Pursuant to Rule 25(d), Federal Rules of Appellate Procedure, this is to certify that on July 22, 2025, a copy of Appellant's First Motion for Extension of Time to File Initial Brief Appendix was served on all counsel of record through the court's electronic-filing system.

By: */s/ Gregory Light.*
**Gregory Light, Esq.**
Florida Bar. No.: 120907

## SERVICE LIST

Lauren M. Burenette, Esq.
FL Bar No. 0120079
Maureen B. Walsh, Esq.
FL Bar No. 28179
John M. Marees II, Esq.
FL Bar No. 069879
MESSER STRICKLER BURNETTE, LTD.
1200 Riverplace Blvd.
Suite 105 #1558
Jacksonville, FL 32207
(904) 901-6369
(904) 298-8350 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendants LVNV Funding, LLC*
*and Andreu, Palma, Lavin & Solis, PLLC*